# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ELLA RIDDICK AKA ELLA C RIDDICK; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05701

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELLA RIDDICK the above process on the 6 day of February, 2017, at 12:03 o'clock, PM, at 1723 WATKINS STREET PHILADELPHIA, PA 19145, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of __Pa__ )
County of __Berks__ ) SS:
)

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this __7__ day of __Jul__, 20__17__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-158086
Case ID #: 4805974

PCO /Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>5781-1 | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800658852<br>9171999991703800658852 | CAVALIERI, STEPHANIE<br>3011 Rio Grande Tri<br>Kissimmee, FL 34741 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800661357<br>9171999991703800661357 | CAVALIERI, STEPHANIE<br>215 Lagrange Ave.<br>Essington, PA 19029 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800729859<br>9171999991703800729859 | CAVALIERI, STEPHANIE<br>432 Watkins Street<br>Philadelphia, PA 19148 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703802271851<br>9171999991703802271851 | RIDDICK, ELLA<br>1723 Watkins Street<br>Philadelphia, PA 19145 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703802271868<br>9171999991703802271868 | CAVALIERI, STEPHANIE<br>806 W. Moyamensing Ave.<br>Philadelphia, PA 19148 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals | 5 | | 4.63 | 24.25 | | | 28.88 |
| Cumulative Totals | 5 | | 4.63 | 24.25 | | | 28.88 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C      Certified
                                 ERR    Return Receipt

[Round stamp: PHILA, PA 19106 / FEB -2 2017 / USPS CONTINENTAL STATION]

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | ro | ELLA RIDDICK<br>RIDDICK, ELLA<br>1723 Watkins Street<br>Philadelphia, PA 19145 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified     ☐ Recorded Delivery (International)
☐ COD          ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail   ☐ Signature Confirmation
☐ Insured

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106  $ 001.35⁰
02 1W
0001391829 FEB. 02. 2017

USPS CONTINENTAL STATION
FEB -2 2017
PHILA, PA 19106

See Privacy Act Statement on Reverse

Total Number of Pieces Listed by Sender: 1
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

USA-158086   Philadelphia County   Sale Date:

ELLA RIDDICK

RCC-Back to Brithi Augustn